# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:09-1288-001 (TLW)</u> |
| | ) | USM No: <u>98333-071</u> |
| -versus- | ) | <u>William F. Nettles, IV</u> |
| | ) | Defendant's Attorney |
| **Indio Sherrod Garnett** | ) | |
| | ) | |
| Date of Previous Judgment: <u>July 30, 2010</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏   DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of <u>one hundred twenty-five (125) months</u> **is reduced to** <u>one hundred twenty (120) months. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment</u>.

*(Complete Parts I and II of Page 2 when motion is granted.)*

Except as provided above, all provisions of the original judgment filed  <u>July 30, 2010</u>  shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   <u>February 6, 2012</u> | s/ Terry L. Wooten |
| | *Judge's signature* |
| | |
| Effective Date: | <u>Terry L. Wooten, United States District Judge</u> |
| *(if different from order date)* | *Printed name and title* |